384 A.2d 994

Douglas, et al., Appellants, v. Benson, et al.

Argued November 17, 1977. Blair F. Green, with him Gerald W. Bish, for appellants; Edward J. Steiner, with him Steiner and Steiner, for appellees.

Order affirmed.

384 A.2d 994

Egger v. Egger, Appellant.

Argued November 17, 1977. Ronald P. Koerner, with him Gatz, Cohen, Segal & Koerner, for appellant; Edna L. Fischer, with her Baskin, Boreman, Wilner, Sachs, Gondelman & Craig, for appellee.

Decree affirmed.

PRICE, J., dissents.